UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
KEVIN DAVIS,

                Plaintiff,

    vs.

AVVO, INC.,

                Defendant.
----------------------------------------------------------------X

Case No. 18 Civ. 2835 (JGK)

NOTICE OF DEFENDANT AVVO, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

PLEASE TAKE NOTICE that, with the accompanying Memorandum of Law, and all pleadings herein, Avvo, Inc., hereby moves before the Honorable John G. Koeltl for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in this action with prejudice for failing to state a claim upon which relief can be granted.

Dated: June 29, 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Fred B. Burnside
Fred B. Burnside
1201 3rd Ave., Suite 2200
Seattle, WA 98101

Geoffrey S. Brounell
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
(212) 489-8230

*Attorneys for Defendant Avvo, Inc.*