UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN DAVIS,

                Plaintiff,

     -against-

AVVO, INC.,

                Defendant.
-----------------------------------------------------------X

18 CIVIL 2835 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 19, 2018, the defendant's motion to dismiss is granted and judgment is entered dismissing the plaintiff's complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         December 20, 2018

                                              RUBY J. KRAJICK

                                              **Clerk of Court**

                BY:

                                                **Deputy Clerk**